IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2893

PMI EMPLOYEE LEASING/
COMPREHENSIVE
INSURANCE SOLUTIONS,
INC.,

      Appellant,

v.

ALFREDO MORA,

      Appellee.

_____/

Opinion filed January 15, 2015.

An appeal from an order of the Judge of Compensation Claims.
Laura Roesch, Judge.

Date of Accident: February 19, 2013.

Michael D. Kendall and Meagan L. Logan of Marks Gray, P.A., Jacksonville, for
Appellant.

Linette M. Waterman of Waterman and Wolfe, P.A., West Palm Beach, for
Appellee.


PER CURIAM.

      AFFIRMED.

WOLF, MAKAR, and OSTERHAUS, JJ., CONCUR.